# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEROME AYRO

NO. 2023 KW 0868

**NOVEMBER 20, 2023**

---

In Re:    Jerome Ayro, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 379198.

---

**BEFORE:    GUIDRY, C.J. , CHUTZ AND LANIER, JJ.**

    **WRIT DENIED AS MOOT.** The records of the Terrebonne Parish Clerk's Office reflect that the district court acted on relator's second or subsequent application for postconviction relief on May 5, 2023.

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT